# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **JAWBONE INNOVATIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant | **Case No. 6:21-cv-00985-ADA**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Jawbone Innovations, LLC ("Plaintiff") files this Unopposed Motion for Entry of Protective Order and respectfully requests the Court enter a protective order in the form attached hereto. Counsel for Plaintiff has conferred with counsel for Defendant Google LLC, who is unopposed to this motion.

Dated: May 27, 2022

Respectfully submitted,

_Q. W. Mort III_

Raymond W. Mort, III

Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:

Alfred R. Fabricant (pro hac vice to be filed)
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos (*Admitted Pro Hac Vice*)
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (pro hac vice to be filed)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Richard Cowell (*Admitted Pro Hac Vice*)
NY Bar No. 4617759
Email: rcowell@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF**