KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
REID P. MULLEN - # 270671
rmullen@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
KAIYI A. XIE - # 311182
kxie@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE/SAN FRANCISCO DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 3:23-cv-00466-TLT<br><br>**NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENTS**<br><br>Judge:       Hon. Trina L. Thompson<br><br>Date Filed: September 23, 2021<br><br>Trial Date: N/A |

Pursuant to Patent Local Rule 2-1(a), based on information available to it, Defendant Google LLC ("Google") hereby notifies the Court that the same Plaintiff, Jawbone Innovations LLC ("Jawbone"), filed two matters concerning the same patents within two years.

I.   THE GOOGLE ACTION.

On September 23, 2021, Jawbone filed a patent-infringement action against Google in the U.S. District Court for the Western District of Texas.  *See Jawbone Innovations, LLC v. Google LLC*, Case No. 3:23-cv-00466-TLT (the "Google Action"), Docket No. 1.  The initial complaint in the Google Action alleged infringement of eight patents:

- U.S. Patent No. 8,019,091 (the "091 Patent");
- U.S. Patent No. 7,246,058 (the "058 Patent");
- U.S. Patent No. 8,280,072 (the "'072 Patent");
- U.S. Patent No. 8,321,213 (the "'213 Patent");
- U.S. Patent No. 8,326,611 (the "'611 Patent");
- U.S. Patent No. 10,779,080 (the "'080 Patent");
- U.S. Patent No. 11,122,357 (the "'357 Patent"); and
- U.S. Patent No. 8,467,543 (the "'543 Patent").  *Id.* ¶¶ 9-16.

On December 23, 2021, Jawbone filed an amended complaint adding a ninth patent, U.S. Patent No. 8,503,691 (the "'691 Patent").  Google Action, Docket No. 23 ¶ 9-17.

On February 1, 2023, the Honorable Judge Alan Albright transferred the Google Action to the U.S. District Court for the Northern District of California, and the case was assigned to the Honorable Magistrate Judge Nathaniel M. Cousins.  *See* Google Action, Docket Nos. 105, 106, 107, and 108.  After Jawbone declined to proceed before Judge Cousins, the case was reassigned to the Honorable Judge Trina L. Thompson.  *See* Google Action, Docket Nos. 109, 114, and 115.

II.   THE AMAZON ACTION.

On November 29, 2021, Jawbone filed a patent-infringement action against Amazon.com, Inc. and Amazon.com Services, Inc. (collectively, "Amazon") in the U.S. District Court for the Eastern District of Texas.  *See Jawbone Innovations, LLC v. Amazon.com, Inc., et al.*, Case No. 3:22-cv-06727-TLT (the "Amazon Action"), Docket No. 1.  The initial complaint in the Amazon

Action alleged infringement of the same eight patents asserted in the Google Action's initial complaint. *Id.* ¶¶ 17-24.

On February 28, 2022, Jawbone filed an amended complaint adding the '691 Patent to the Amazon Action. Amazon Action, Docket No. 24 ¶¶ 17-25.

On November 1, 2022, the Honorable Chief Judge J. Rodney Gilstrap transferred the Amazon Action to the U.S. District Court for the Northern District of California, and the case was assigned to Judge Cousins. *See* Amazon Action, Docket Nos. 60, 61, and 62. After Jawbone declined to proceed before Judge Cousins, the case was reassigned to Judge Thompson. *See* Docket Nos. 65, 73.

Considering the foregoing, Google respectfully requests that the Court relate the Google Action and the Amazon Action pursuant to Patent Local Rule 2-1(a)(1).

Dated: February 15, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ David Silbert*
DAVID SILBERT
REID P. MULLEN
ERIN E. MEYER
DAVID J. ROSEN
RYLEE KERCHER OLM
LUIS G. HOYOS
KAIYI A. XIE
JACQUELINE CONCILLA

Attorneys for Defendant GOOGLE LLC,