# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Notice of Pendency of Other Action Involving Same Patent has been filed pursuant to Patent Local Rule 2-1(a). As the judge assigned to case

  22-cv-06727-TLT
  Jawbone Innovations, LLC v. Amazon.com, Inc.

I find that the more recently filed case that I have listed below is related to the case assigned to me as the same nine patents are asserted.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-00466-TLT | Jawbone Innovations, LLC v. Google LLC | X | |

## ORDER

The initial case management conference in *Jawbone Innovations, LLC v. Google LLC*, set for May 11, 2023, is maintained. Any deadlines set by the ADR Local Rules remain in effect.

Dated: February 16, 2023

By: _____
Trina L. Thompson
United States District Judge