Alfred R. Fabricant
ffabricant@fabricantllp.com
Peter Lambrianakos
plambrianakos@fabricantllp.com
Vincent J. Rubino, III
vrubino@fabricantllp.com
Richard Cowell
rcowell@fabricantllp.com
Justine Minseon Park
apark@fabricantllp.com
Jacob Ostling
jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Benjamin T. Wang
bwang@raklaw.com
Minna Y. Chan
mchan@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

Attorneys for Plaintiff
*Jawbone Innovations, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE, LLC, <br><br> *Defendant*. | Case No. 3:23-cv-00466-TLT <br><br> **PLAINTIFF JAWBONE INNOVATIONS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** <br><br> Hon. Trina L. Thompson |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- JI Audio Holdings LLC, Member of Jawbone Innovations, LLC;
- Voice Detection Systems, LLC, Member of Jawbone Innovations, LLC; and
- J Fitness LLC, Member of Jawbone Innovations, LLC.

DATED: April 12, 2023                           Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Benjamin T. Wang*
         Benjamin T. Wang

**FABRICANT LLP**
Alfred R. Fabricant
ffabricant@fabricantllp.com
Peter Lambrianakos
plambrianakos@fabricantllp.com
Vincent J. Rubino, III
vrubino@fabricantllp.com
Richard Cowell
rcowell@fabricantllp.com
Justine Minseon Park
apark@fabricantllp.com
Jacob Ostling
jostling@fabricantllp.com
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**RUSS AUGUST & KABAT**
Benjamin T. Wang
bwang@raklaw.com
Minna Y. Chan
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Plaintiff*
Jawbone Innovations, LLC

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF System on April 12, 2023.

I certify that all counsel of record who are deemed to have consented to electronic service are being served on April 12, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

DATED: April 12, 2023

/s/ Benjamin T. Wang
Benjamin T. Wang